IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:19cr445-MHT |
| | ) | (WO) |
| CALVIN LEE MORRIS | ) | |

ORDER

It is ORDERED that defendant Calvin Lee Morris's motion for compassionate release (doc. no. 57) pursuant to 18 U.S.C. § 3582(c)(1)(A) is denied.

***

Having considered the factors set forth in 18 U.S.C. § 3553(a), as § 3582(c) requires, the court finds that a reduction in sentence would be inappropriate based on the need to protect the public from future crimes of defendant Calvin Lee Morris and to afford adequate deterrence to criminal conduct. The court notes that Morris was sentenced to 40 months' incarceration due to his possession of a firearm after conviction of a felony, and that the weapons possession was in connection with a shooting. The court further

notes that it already granted Morris a downward variance based in part on the coronavirus pandemic.

DONE, this the 23rd day of November, 2020.

                                      /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE