IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:19cr445-MHT
                            )             (WO)
CALVIN LEE MORRIS           )
```

## ORDER

Based on the evidence presented and the findings of the court on April 21, 2022, it is ORDERED as follows:

(1) Defendant Calvin Lee Morris is adjudged guilty of counts 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10 of the amended revocation petition (Doc. 89).

(2) Sentencing shall resume on May 3, 2022, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 25th day of April, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE