IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
    v.                      )        2:19cr445-MHT
                            )             (WO)
CALVIN LEE MORRIS           )
```

### ORDER

It is ORDERED that defense counsel is to arrange for Dr. David C. Ghostley to answer the following questions, and shall submit his answers to the court by June 16, 2022:

1. You diagnosed Mr. Morris with PTSD. What are his PTSD symptoms?

2. You recommended "therapy and rehearsal" as treatment for PTSD. *See* Psychological Evaluation (Doc. 116) at 3. Is there a name for the treatment approach you're recommending, such as cognitive-behavioral therapy, exposure therapy, etc.?

3. I understand that medication can be used to treat symptoms of PTSD in some patients. Is that your understanding?

4. Would you recommend a psychiatric evaluation for Mr. Morris for that purpose?

5. From your evaluation, it appears that Morris suffered numerous adverse childhood experiences. How might those experiences have impacted his mental health?

6. Are there any treatment modalities you would recommend to address any lingering effects of that childhood trauma?

7. Mr. Morris reports that he took medication for ADHD as a child. I have seen a number of articles suggesting that people do not necessarily grow out of ADHD in adulthood. Is it possible that Mr. Morris is still suffering from ADHD? Could that be impacting his behavior?

8. Would you recommend that he see a psychiatrist to assess whether he would benefit from ADHD medication?

9. Mr. Morris also reports that he was previously prescribed Risperdal for sleep. My understanding is that Risperdal is mainly used to treat schizophrenia and bipolar disorder. Is it possible that Mr. Morris suffers from either of those conditions?

10. I noticed you did not perform any psychological testing. I am curious why not, and whether you think it would be a good idea to do so at this point.

11. You diagnosed Mr. Morris with marijuana use. What would you recommend to address that?

2

12. You also diagnosed him with an unspecified behavior disorder. What does that mean? What would you recommend to address that?

DONE, this the 13th day of June, 2022.

                                              /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**