AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Middle District of Alabama

UNITED STATES OF AMERICA

v.

CALVIN LEE MORRIS

)
)
)
)
)
)
)
)
)
)

## JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case No. 2:19cr445-01-MHT

USM No. 18002-002

Stephen P. Ganter
Defendant's Attorney

## THE DEFENDANT:

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☑ was found in violation of condition(s) count(s) _1-10 of the petition*_ after denial of guilt.   *amended 1/14/2022

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state or local crime. | 06/29/2021 |
| 2 | The defendant committed another federal, state or local crime. | 06/29/2021 |
| 3 | The defendant committed another federal, state or local crime. | 06/29/2021 |
| 4 | The defendant unlawfully possessed a controlled substance. | 06/29/2021 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _3477_

Defendant's Year of Birth: _1985_

City and State of Defendant's Residence:
Montgomery, AL

06/30/2022
Date of Imposition of Judgment

/s/ Myron H. Thompson
Signature of Judge

MYRON H. THOMPSON, U.S. DISTRICT JUDGE
Name and Title of Judge

07/05/2022
Date

**\* It is further ORDERED that the probation department shall attach defendant Calvin Lee Morris's psychological evaluations by Dr. David C. Ghostley (Doc. 39-1 & Doc. 116), as well as Dr. Ghostley's responses to the court's questions about the 2022 evaluation (Doc. 118-1), to the presentence investigation report and forward copies of these documents, as well as the court's sealed supplemental order (to be entered immediately following the judgment) to the Bureau of Prisons.**

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page ___2___ of ___3___

DEFENDANT: CALVIN LEE MORRIS
CASE NUMBER: 2:19cr445-01-MHT

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | The defendant committed another federal, state or local crime. | 07/25/2021 |
| 6 | The defendant committed another federal, state or local crime. | 07/25/2021 |
| 7 | The defendant committed another federal, state or local crime. | 07/25/2021 |
| 8 | The defendant accessed and possessed a firearm. | 07/25/2021 |
| 9 | The defendant unlawfully possessed a controlled substance. | 07/25/2021 |
| 10 | The defendant left the judicial district of residence without permission from the court or the probation officer. | 07/25/2021 |

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page ___3___ of ___3___

DEFENDANT:  CALVIN LEE MORRIS
CASE NUMBER:  2:19cr445-01-MHT

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

24 Months. This sentence should run concurrently to any sentence not yet imposed in the pending charges in Montgomery County and Pike County, Alabama, that formed the basis of this revocation. The term of supervised release imposed on May 8, 2020, is revoked.

☑  The court makes the following recommendations to the Bureau of Prisons:

Consistent with this court's order memorializing the reasons for its recommendation and the documents that the United States Probation Office shall forward to the Bureau of Prisons, the court recommends that the defendant be designated to a facility that provides, and that he be allowed to participate in, the Mental-Health Step-Down program.

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL